781 A.2d 48

IN THE MATTER OF NINO F. FALCONE,
AN ATTORNEY AT LAW.

October 4, 2001.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 00–135, concluding that **NINO F. FALCONE** of

**NORTH BERGEN,** who was admitted to the bar of this State in 1984, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **NINO F. FALCONE** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.